UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 23-20213-CR-MORENO/GOODMAN

CASE NO. _____

18 U.S.C. § 1344
18 U.S.C. § 982(a)

UNITED STATES OF AMERICA

vs.

**RICKY LEVER ORDONEZ,**

Defendant.

_____/

FILED BY ___dgj___ D.C.

May 23, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.      Citibank was a financial institution with offices located in the State of Florida whose accounts were insured by the Federal Deposit Insurance Corporation ("FDIC").

2.      Defendant **RICKY LEVER ORDONEZ** was a resident of Miami-Dade County.

### COUNTS 1-2
### Bank Fraud
### (18 U.S.C. § 1344)

1.      The General Allegations section of this Indictment is re-alleged and fully incorporated herein by reference.

2.      Beginning at least as early as February 9, 2023, the exact dates being unknown to the Grand Jury, and continuing through on or about February 14, 2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**RICKY LEVER ORDONEZ,**

did knowingly, and with the intent to defraud, execute, and attempt to execute, a scheme and artifice to defraud one or more financial institutions, including Citibank, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and attempt to execute, a scheme and artifice to obtain property owned by, and under the custody and control of, one or more financial institutions, including Citibank, by means of materially false and fraudulent pretenses, representations, and promises, relating to a material fact, in violation of Title 18, United States Code, Sections 1344(1) and (2).

## PURPOSE OF THE SCHEME AND ARTIFICE

3.      It was the purpose of the scheme and artifice for the defendant and his accomplices to unlawfully enrich themselves by fraudulently withdrawing funds from Citibank accounts without the knowledge or authorization of the account holders.

## SCHEME AND ARTIFICE

The manner and means by which the defendant and his accomplices sought to accomplish the purpose of the scheme and artifice included, among others, the following:

4.      **RICKY LEVER ORDONEZ** and his accomplices obtained without permission the means of identification of various Citibank account holders, including account holders' names, addresses, dates of birth, and bank account numbers.

5.      **RICKY LEVER ORDONEZ** and his accomplices used these means of identification to pose as actual account holders, fraudulently access the Citibank accounts, and withdraw funds from those accounts without authorization from the account holders.

6.    **RICKY LEVER ORDONEZ** and his accomplices accessed accounts, without authorization, of approximately 50 Citibank account holders, and falsely and fraudulently withdrew approximately $900,000.

7.    **RICKY LEVER ORDONEZ** and his accomplices used the funds they fraudulently obtained for their own personal benefit, the use of others, and to further the fraud scheme.

## EXECUTION OF THE SCHEME AND ARTIFICE

8.    On or about the dates specified below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant, **RICKY LEVER ORDONEZ**, did execute and attempt to execute the above described scheme and artifice to defraud, as more particularly described below:

| Count | Approximate Date | Execution |
|---|---|---|
| 1 | February 9, 2023 | Fraudulently causing the wire transfer of $180,000 from a bank account ending in -3027 belonging to "A.K." to a bank account ending in -0913, without the knowledge or authorization of "A.K." |
| 2 | February 14, 2023 | Fraudulently causing the wire transfer of $35,000 from a bank account ending in -3027 belonging to "A.K." to a bank account ending in -8003, without the knowledge or authorization of "A.K." |

In violation of Title 18, United States Code, Sections 1344(1) and (2), and 2.

## FORFEITURE ALLEGATIONS

1.    The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **RICKY LEVER ORDONEZ**, has an interest.

2.    Upon conviction of a violation of Title 18, United States Code, Section 1344, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting,

3

or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

All pursuant to Title 18, United States Code, Section 982(a)(2)(A), and the procedures set forth at Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Section 982(b).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

MICHAEL B. HOMER
ASSISTANT UNITED STATES ATTORNEY

4

Case 1:23-cr-20213-FAM   Document 1   Entered on FLSD Docket 05/23/2023   Page 5 of 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO.:** 23-20213-CR-MORENO/GOODMAN

v.

RICKY LEVER ORDONEZ,

_____/

**Court Division** (select one)
☒ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☐ WPB

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☒ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of 02/15/2023
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _Michael Homer_

Michael B. Homer
Assistant United States Attorney
Court ID No.   A5502497

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name:**   RICKY LEVER ORDONEZ

**Case No:**

Counts #: 1-2

Bank Fraud

Title 18, United States Code, Section 1344

\* **Max. Term of Imprisonment:** Thirty (30) Years
\* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
\* **Max. Supervised Release:** Five (5) Years
\* **Max. Fine:** $1,000,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**